

# Corporate Resolution

We, The undersigned, being all the directors of this corporation consent and agree that the following corporate resolution was made on 11/11/19 at 5pm (PST) at 8330 Hindry Ave. Los Angeles Ca 90045.

We do hereby consent to the adoption of the following as if it was adopted at a regularly called board of directors of this corporation. In accordance with State law and the bylaws of this corporation, by unanimous consent, the board of directors decided that Bruce Searby on behalf of Synergy Link Corp. (the "Corporation") at the hearing in the United States District Court for the District of Columbia on November 18, 2019 in Case No.19-cr-149 (APM) as follows: (1) to act as both the legal counsel and the agent for the Corporation to change the plea of the Corporation as to Count Eight of the Indictment from not guilty to guilty, including answering questions on behalf of the Corporation; (2) to plead guilty to Count Eight on the Corporation's behalf; and (3) to admit to the relevant facts to support a factual basis for the plea, consistent with the Statement of Offense (previously authorized to be accepted on behalf of the Corporation) and with any other facts made known to the Corporation.

The officers of this corporation are authorized to perform the acts to carry out this corporate resolutions

*[signature]*

Adison Umrarong / President

11/11/19

8330 HINDRY AVE LOS ANGELES CA 90045  PH.310.348.9557  FAX.310.348.9559